UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.  8:24-cv-2403-MSS-LSG

**ENRIQUE ALVEAR**,

     Plaintiff,

vs.

**SALT PINES, LLC, a Florida limited
liability company,**

     Defendant.

_____/

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiff, ENRIQUE ALVEAR and Defendant SALT PINES LLC, hereby give notice that the parties have reached a tentative settlement in this case and are working on the necessary paperwork to resolve all claims. Accordingly, the parties respectfully request that the Court stay this proceeding and all deadlines  for twenty (20) days from the date of filing this Notice, which will allow the parties to finalize their settlement agreement and to submit the dismissal document to dismiss this case with prejudice.

Dated:  December 4, 2024.

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 North Hiatus Road
Sunrise, FL  33351-7919
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com


By_____*s/ Roderick V. Hannah*_____
        RODERICK V. HANNAH
        Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
6355 N.W. 36th Street, Ste. 307
Virginia Gardens, FL 33166
T. 305/266-9780
305/269-8311 (Facsimile)
Email  duranandassociates@gmail.com


By _____*s/ Pelayo  M.  Duran*_____
        PELAYO M. DURAN
        Fla. Bar No. 0146595


**SHUMAKER, LOOP & KENRICK, LLP**
Counsel for Defendant
240 South Pineapple Avenue, 10th Floor
Sarasota, FL  34236-6717
T. (941) 364-2738
Email:  dcherry@shumaker.com


By: ____*s/ Douglas A. Cherry*_____
        DOUGLAS A. CHERRY
        Fla. Bar No. 0333130

2